IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In the Matter of**: | } | Bankruptcy Case No. 22-00533 |
| Malgorzata Walczak | } | Judge Deborah L. Thorne |
| | } | Chapter 13 |
| **Debtor(s)** | } | Cook County |

TO:  **Marilyn O. Marshall**, Chapter 13 Trustee, 224 South Michigan, Ste 800, Chicago, IL 60604, via electronic notification;

**Eric C. Green**, CEO of Real Time Resolutions, Inc. 1349 Empire Central Drive, Suite 150, Dallas, TX 75247, via U.S. Certified Mail;

**C T Corporation System**, Registered Agent for Real Time Resolutions, Inc., 208 So. LaSalle St., Suite 814, Chicago, IL 60604, via U.S. Certified Mail;

**Real Time Resolutions, Inc**., 1349 Empire Central Drive, Suite 150, Dallas, TX 75247, via U.S. Certified Mail;

**Malgorzata Walczak,** 5052 W. Ainslie, Chicago, IL 60630, via electronic notification; and

See Attached List

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on April 27, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin                                             4/27/2022
David Freydin, Esq                                           Date
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL  60077

Phone: 847.972.6157