### IN THE UNITED STATES BANKRUPTCY
### COURT NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 22 B 00533 |
| Malgorzata Walczak | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| DEBTOR | ) | Cook County |

### <u>NOTICE</u>

To:    Trustee Marilyn O. Marshall, 224 South Michigan, Ste 800, Chicago, IL 60604, via electronic court notification;

Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, TX 75247, via certified U.S. Mail;

Malgorzata Walczak, 5052 W. Ainslie, Chicago, IL 60630, via U.S. Mail; and

See attached Service List

PLEASE TAKE NOTICE that on June 29, 2022, at 9:30 a.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present the motion of Debtor to Object to Claim 2-1, a copy of which is attached.

**<u>This motion will be presented and heard electronically using Zoom for Government.</u>** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no

Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **PROOF OF SERVICE**

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd, Suite 305, Skokie, IL 60077 on May 25, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

*/s/ David Freydin*
Attorney for Debtor
The Law of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157

Label Matrix for local noticing
0752-1
Case 22-00533
Northern District of Illinois
Eastern Division
Tue Jan 18 11:14:14 CST 2022

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Fay Servicing LLC
PO BOX 814609
Dallas, TX 75381-4609

Nordstrom Signature Visa
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155-6555

Real Time Resolutions, Inc.
PO BOX 840923
Dallas, TX 75284-0923

David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd
Suite 312
Skokie, IL 60077-2269

Malgorzata Walczak
5052 W Ainslie
Chicago, IL 60630-2303

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

End of Label Matrix
Mailable recipients    8
Bypassed recipients    0
Total                  8

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 22 B 00533 |
| Malgorzata Walczak | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| DEBTOR | ) | Cook County |

**<u>DEBTOR'S OBJECTION TO CLAIM 2-1</u>**

NOW COMES Malgorzata Walczak, Debtor, by and through her attorney, David Freydin, and hereby objects to claim 2-1 and in support thereof, Debtor states the following:

1. That on January 17, 2022, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. That this Honorable Court has not yet confirmed the instant case.

3. That on March 22, 2022, Real Time Resolutions, Inc., filed a secured claim in the amount of $58,975.75 for its junior mortgage on Debtor's property located at 5052 W. Ainslie St., Chicago, IL 60630. (Please see attached "Exhibit A").

4. That the Debtor previously filed Chapter 7 case 12 B 13604 and did not reaffirm the debt underlying Claim 2-1.

5. That Debtor respectfully requests that this Honorable Court disallow Claim 2-1 in its entirety because of the prior discharge.

6. That Debtor has filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, Malgorzata Walczak, Debtor, respectfully requests that this

Honorable Court enter an Order disallowing claim 2-1 in its entirety and for any other relief

this Court deems fair and just.

Respectfully submitted,


_____/s/ *David Freydin*_____
Attorney for the Debtor


The Law Offices of David Freydin
8707 Skokie Blvd, Suite 305
Skokie, IL 60077
847.972.6157